No. 1092. CITY OF OAKLAND *v.* UNITED STATES. May 4, 1942. Petition for writ of certiorari to the Circuit Court

680

of Appeals for the Ninth Circuit denied. *Messrs. Charles A. Beardsley* and *W. Reginald Jones* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Littell* for the United States.